

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00144-CV

| | | |
|---|---|---|
| In re Fort Worth Star-Telegram; Dallas Morning News; CBS Stations Group Of Texas LLC; KXAS-TV; NW Communications Of Texas, Inc., On Behalf Of Station KDFW Fox 4; And WFAA-TV, Inc. | § | Original Proceeding |
| | § | From the 323rd District Court |
| | § | of Tarrant County (323-98857J-13) |
| | § | August 12, 2014 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by Relators Fort Worth Star-Telegram; Dallas Morning News; CBS Stations Group Of Texas LLC; KXAS-TV; NW Communications Of Texas, Inc., On Behalf Of Station KDFW Fox 4; and WFAA-TV, Inc. We conditionally grant relators' petition. Writ will issue only if Respondent fails to promptly vacate her January 10, 2014 and January 22, 2014 orders closing the courtroom in R.J.D.'s case; fails to set aside her March 20, 2014 order denying Relators' motion to vacate those orders; or fails to take immediate steps to make the transcripts of the January 10 and January 22 proceedings at issue here available to Relators upon payment and proper arrangements in accordance with this opinion.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Sue Walker_____
        Justice Sue Walker